FILED
CLERK, U.S. DISTRICT COURT
1/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVIO CORTEZ,<br>aka "Big Head,"<br>JONATHAN CORTEZ CASTANEDA,<br>JAVIER JIMENEZ,<br>aka "Javi,"<br>LUIS MANUEL RODRIGUEZ, and<br>SERGIO ALEJANDRO PEREZ,<br><br>Defendants. | No. 8:22-cr-00003-CJC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii), (b)(1)(C): Possession with Intent to Distribute Cocaine; 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown and continuing through on or about October 5, 2020, in Orange County, within the Central District of California, and elsewhere, defendants OCTAVIO CORTEZ, also known as ("aka") "Big Head," JONATHAN CORTEZ CASTANEDA, JAVIER JIMENEZ, aka "Javi," and LUIS MANUEL RODRIGUEZ, conspired with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with intent to distribute, at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii).

B. MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant RODRIGUEZ and others known and unknown to the Grand Jury would identify customers who were interested in purchasing cocaine.

2. After identifying customers, defendant RODRIGUEZ would contact defendant CASTANEDA to obtain cocaine for further sale to the customers.

3. Defendant CASTANEDA would coordinate with defendant JIMENEZ to obtain cocaine from defendants CORTEZ, JIMENEZ, and others known and unknown to the Grand Jury.

4. Defendant CASTANEDA would pick up the cocaine from defendant CORTEZ for further distribution to the customers.

5. Defendant CORTEZ, and others known and unknown to the Grand Jury, would drive cocaine and drug proceeds from defendant CORTEZ's residence in order to hide the items from law enforcement.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants CORTEZ, CASTANEDA, JIMENEZ, and RODRIGUEZ, and others known and unknown to the Grand Jury, committed various overt acts in Orange County, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1:</u> At approximately 6:42 p.m. on or about October 5, 2020, defendants RODRIGUEZ and CASTANEDA, using coded language, discussed whether defendant CASTANEDA could obtain two kilograms of cocaine for a drug customer.

<u>Overt Act No. 2:</u> At approximately 6:44 p.m. on or about October 5, 2020, defendant CASTANEDA contacted defendant JIMENEZ via text messages, and, using coded language, asked for two kilograms of cocaine for the drug customer.

<u>Overt Act No. 3:</u> At approximately 6:50 p.m. on or about October 5, 2020, defendants CASTANEDA and CORTEZ, using coded language, discussed whether defendant CORTEZ had two kilograms of cocaine for the drug customer.

<u>Overt Act No. 4:</u> At approximately 6:55 p.m. on or about October 5, 2020, defendant CASTANEDA instructed defendant RODRIGUEZ by telephone to tell the drug customer to meet defendant CASTANEDA at 8:30 p.m.

Overt Act No. 5: At approximately 6:56 p.m. on or about October 5, 2020, defendant CORTEZ told defendant CASTANEDA by telephone, using coded language, that the drugs would be ready in 30 to 40 minutes.

Overt Act No. 6: At approximately 7:32 p.m. on or about October 5, 2020, defendant JIMENEZ told defendant CASTANEDA, using coded language, that defendant JIMENEZ would pick up the drugs and deliver them to defendant CORTEZ's residence, where defendant CASTANEDA could pick them up.

Overt Act No. 7: At approximately 7:39 p.m. on or about October 5, 2020, defendant RODRIGUEZ told defendant CASTANEDA that the customer had cancelled the transaction for that day and that it would instead occur the following morning.

Overt Act No. 8: At approximately 7:39 p.m. on or about October 5, 2020, using coded language, defendant JIMENEZ told defendant CASTANEDA that he would ask defendant CORTEZ whether defendant JIMENEZ could pick up the two kilograms of cocaine that night so defendant CASTANEDA would have them available for the customer the following morning.

Overt Act No. 9: At approximately 8:13 p.m. on or about October 5, 2020, defendant CORTEZ, using coded language, instructed defendant CASTANEDA by telephone to pick up two kilograms of cocaine from defendant CORTEZ's residence.

Overt Act No. 10: On or about October 5, 2020, defendant CASTANEDA drove to defendant CORTEZ's residence in Anaheim, California ("CORTEZ's Anaheim residence").

Overt Act No. 11: On or about October 5, 2020, defendant CASTANEDA entered CORTEZ's Anaheim residence and exited the residence carrying a bag before driving away from the residence.

Overt Act No. 12: On or about October 5, 2020, in his car, defendant CASTANEDA possessed approximately 2,041 grams of cocaine in a bag.

Overt Act No. 13: On or about October 5, 2020, after defendant CASTANEDA had been stopped by law enforcement, an individual drove a Honda Accord away from CORTEZ's Anaheim residence, with a bag containing approximately 47.9 grams of cocaine belonging to defendant CORTEZ.

Overt Act No. 14: On or about October 5, 2020, defendant CORTEZ drove a Dodge Challenger away from CORTEZ's Anaheim residence with approximately $10,485 in cash drug proceeds.

COUNT TWO

[DEFENDANTS CORTEZ AND CASTANEDA]

[21 U.S.C. § 841(a)(1), (b)(1)(B)(ii), 18 U.S.C. § 2(a)]

On or about October 5, 2020, in Orange County, within the Central District of California, defendants OCTAVIO CORTEZ, also known as "Big Head," and JONATHAN CORTEZ CASTANEDA, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 2,041 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT THREE

[DEFENDANTS CORTEZ AND PEREZ]

[21 U.S.C. § 841(a)(1), (b)(1)(C), 18 U.S.C. § 2(a)]

On or about October 5, 2020, in Orange County, within the Central District of California, defendants OCTAVIO CORTEZ, also known as "Big Head," and SERGIO ALEJANDRO PEREZ, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[DEFENDANT CORTEZ]

[18 U.S.C. § 922(g)(1)]

On or about October 5, 2020, in Orange County, within the Central District of California, defendant OCTAVIO CORTEZ, also known as "Big Head," knowingly possessed ammunition, namely, 14 rounds of TulAmmo 9mm caliber ammunition, and 160 rounds of Remington Peters .223 caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant CORTEZ possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year: Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378; Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351; and Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, each in the Superior Court of California, County of Orange, case number 13WF3428, on or about November 14, 2013.

COUNT FIVE

[DEFENDANT CORTEZ]

[18 U.S.C. § 924(c)(1)(a)(i)]

On or about October 5, 2020, in Orange County, within the Central District of California, defendant OCTAVIO CORTEZ, also known as "Big Head," knowingly possessed a firearm, namely, a 9mm caliber pistol, bearing no serial number (commonly referred to as a "ghost gun"), in furtherance of a drug trafficking crime, namely, conspiracy to distribute and possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of any of the offenses set forth in Counts One through Three of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which such defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of any of the offenses set forth in Counts Three through Five of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

///

///

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
United States Attorney

Christina Shay for SMG

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JAKE D. NARE
KRISTIN N. SPENCER
Assistant United States Attorneys
Santa Ana Branch Office